IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MOUANG SAECHO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LANDRYS INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-00815 WHA<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　　The Court **GRANTS** a one-week continuance of the case management conference, to **JUNE 4, 2015, AT 11:00 A.M.**  A joint case management statement is due by May 28, 2015.

　　　**IT IS SO ORDERED.**

Dated: April 14, 2015.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE