CARI A. COHORN (State Bar No. 249056)
  cohorn@cohornlaw.com
COHORN LAW
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 993-9005
Facsimile: (415) 365-9650

Attorneys for Plaintiff
MOUANG SAECHAO

JANET L. GRUMER (State Bar No. 232723)
  janetgrumer@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

TRACY THOMPSON (State Bar No. 88173)
  tracythompson@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendants
LANDRY'S, INC., and McCORMICK & SCHMICK RESTAURANT CORP.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUANG SAECHAO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S, INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP,<br><br>Defendants. | Case No. **3:15-cv-00815-WHA**<br>[Assigned to the Honorable William H. Alsup]<br><br>**AMENDED STIPULATION OF DISMISSAL OF LANDRY'S, INC. WITHOUT PREJUDICE; [PROPOSED] ORDER THEREOF** |

1 of 3

WHEREAS, the parties to this action dispute whether defendant Landry's, Inc. employed plaintiff and/or whether Landry's, Inc., is properly before this Court but wish to avoid expending the time and resources of the Court or of the parties litigating ancillary issues,

AND WHEREAS, a Stipulation of Dismissal of Landry's, Inc. without Prejudice [Dkt. # 51] was filed in error and is hereby withdrawn. This Amended Stipulation of Dismissal of Landry's, Inc. without Prejudice shall supersede the previously filed Stipulation of Dismissal of Landry's, Inc. Without Prejudice [Dkt. # 51].

IT IS HEREBY STIPULATED by and between plaintiff Mouang Saechao, on the one hand, and defendants on the other hand, through their respective counsel of record, that in the event McCormick & Schmick is found liable to Plaintiff for damages as a result of the above-entitled action and does not satisfy the judgment entered against it within fourteen days of demand, Landry's shall assume that liability as judgment debtor in the place of McCormick & Schmick.

IT IS FURTHER STIPULATED that this entire action shall be and hereby is dismissed against Landry's, Inc. pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each party to bear her or its own attorneys' fees and costs.

Pursuant to Civil Local Rule 5-1(i)(3) of the United States District Court for the Northern District of California, Tracy Thompson, counsel for defendants Landry's, Inc., and McCormick & Schmick Restaurant Corp., attests that she has obtained concurrence in the filing of this document from Ms. Cari Cohorn, counsel for Plaintiff, on September 28, 2015.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

///

///

///

///

///

///

AMENDED STIPULATION OF DISMISSAL OF LANDRY'S, INC. WITHOUT PREJUDICE; [PROPOSED] ORDER THEREOF
Case No. 3:15-cv-00815-WHA
DWT 27162962v3 0058864-000022

1   IT IS SO STIPULATED.

2   DATED: September 28, 2015            COHORN LAW

3                                        By:    /s/ *Cari A. Cohorn*
4                                               Cari A. Cohorn
                                                Attorneys for Plaintiff
5                                               MOUANG SAECHAO

6   DATED: September 28, 2015            DAVIS WRIGHT TREMAINE LLP

7                                        By     /s/ *Tracy Thompson*
8                                               Tracy Thompson
                                                Attorneys for Defendants
9                                               LANDRY'S, INC., and McCORMICK &
                                                SCHMICK RESTAURANT CORP.
10

11  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.
12
13  DATED:   September 29, 2015.    _____
                                        The Honorable William H. Alsup
14                                      United States District Judge

DAVIS WRIGHT TREMAINE LLP

3 of 3
AMENDED STIPULATION OF DISMISSAL OF LANDRY'S, INC. WITHOUT PREJUDICE; [PROPOSED] ORDER THEREOF
Case No. 3:15-cv-00815-WHA
DWT 27162962v3 0058864-000022