UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOUANG SAECHAO,

                Plaintiff(s),

v.

McCORMICK & SCHMICK RESTAURANT CORP.,

                Defendants(s).

Case No. 3:15-cv-00815-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

     I, Nicholas A. Murray, an active member in good standing of the bar of the Supreme Court of Colorado, the highest court of Colorado, and the U.S. District Court of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: McCormick & Schmick Restaurant Corp. in the above-entitled action.  My local co-counsel in this case is Tracy Thompson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA  94111 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA  94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(415) 276-6500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD::<br>(415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>nicholasmurray@dwt.com | MY EMAIL ADDRESS OF RECORD:<br>tracythompson@dwt.com |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43886.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  09/29/15

                                           /s/ Nicholas A. Murray
                                             APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

     IT IS HEREBY ORDERED THAT the application of Nicholas A. Murray is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  September 30, 2015.

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION AND ORDER