IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUANG SAECHO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANDRY'S INC, a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,<br><br>Defendants. | No. C 15-00815 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE CLASS CERTIFICATION MOTION** |

Plaintiff has filed an administrative motion to extend the deadline to file her class certification motion from **DECEMBER 31, 2015, TO FEBRUARY 12, 2016**, pursuant to Civil L.R. 7-11, citing McCormick & Schmick's alleged discovery delays. Plaintiff scheduled the briefing and hearing on this motion on the normal 35-day calendar. This motion should be briefed according to Civil L.R. 7-11 (McCormick & Schmick's response is due on **NOVEMBER 24**, and the Court will set a hearing if necessary). The hearing on **DECEMBER 28** is hereby **VACATED**.

Plaintiff should consider filing a discovery letter if she has concerns about McCormick & Schmick's timely production of documents and scheduling depositions. The parties should direct any requests relating to continuing the settlement conference to Judge Spero.

**IT IS SO ORDERED.**

Dated: November 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE