IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOUANG SAECHO, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

LANDRY'S INC, a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,

    Defendants.

No. C 15-00815 WHA

**ORDER EXTENDING DEADLINE FOR PLAINTIFF'S CLASS CERTIFICATION MOTION**

Plaintiff has filed an administrative motion seeking to extend the deadline to file her class certification motion by six weeks from **DECEMBER 31, 2015** to **FEBRUARY 12, 2016**. Plaintiff cites McCormick & Schmick's delays in responding to certain discovery requests and difficulty in scheduling a deposition as the reason for seeking, although plaintiff has not sought any discovery relief. McCormick & Schmick filed a statement of non-opposition to plaintiff's motion. It has offered assurances that it will complete the discovery at issue by January 8 and schedule the deposition in question the following week.

Plaintiff's proposed schedule does not allow enough time for class notice, if necessary, before the deadline to file dispositive motions, which is April 28. Nevertheless, this order extends the deadline for plaintiff's class certification motion to **JANUARY 28, 2016**. The parties should seek any relief relating to the settlement conference from Judge Spero. All other deadlines remain in place.

**IT IS SO ORDERED.**

Dated: November 25, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE