IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUANG SAECHO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LANDRY'S INC, a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-00815 WHA<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO EXTEND BRIEFING SCHEDULE AND SHORTENING TIME FOR PLAINTIFF'S RESPONSE TO REQUEST TO CONTINUE HEARING** |

　　　Defendant McCormick & Schmick Restaurant Corp. has filed a motion for administrative relief seeking to extend the deadlines for its opposition and plaintiff's reply by one week, because the witnesses from whom it intends to submit declarations are attending a conference that began on February 8. McCormick & Schmick knew of this potential conflict when the Court granted plaintiff's unopposed motion to extend the deadline to file her class certification motion in November, yet waited until February 8 to request the extension. There is no good cause to adjust the briefing schedule, so that request is **DENIED**.

　　　McCormick & Schmick also seeks to continue the hearing, which the Court continued to March 10, because lead counsel will be unavailable. Plaintiff shall please respond to McCormick & Schmick's request to continue the hearing by **FEBRUARY 10 AT NOON**. For now, the hearing remains on calendar for **MARCH 10**.

　　　**IT IS SO ORDERED.**

Dated:　February 9, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE