IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUANG SAECHO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LANDRY'S INC, a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,<br><br>    Defendants.<br>                                         / | No. C 15-00815 WHA<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Defendant McCormick & Schmick Restaurant Corp. has filed a motion for administrative relief seeking to continue the hearing on plaintiff's motion for class certification, which the Court continued to March 10, because Attorney Nicholas Murray, the lead associate assigned to this case, will be on vacation that week. McCormick & Schmick does not state that Attorney Murray will conduct the oral argument on its behalf and offers only the conclusory statement that it will be prejudiced if Attorney Murray cannot attend the hearing. Plaintiff opposes McCormick & Schmick's motion because further continuing the resolution of this motion (for which the deadline has already been extended due to McCormick & Schmick's discovery delays) will not allow enough time for class notice, if necessary, before any dispositive motions will be heard.

No good cause shown, McCormick & Schmick's request for a continuance is hereby **DENIED**. All deadlines remain in place.

**IT IS SO ORDERED.**

Dated: February 10, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE