IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOUANG SAECHO,

    Plaintiff,

  v.

LANDRY'S, INC, and McCORMICK & SCHMICK RESTAURANT CORP.,

    Defendants.

                                     /

No. C 15-00815 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

     Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion for class certification.

Dated: March 1, 2016.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE