IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOUANG SAECHO, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

LANDRYS, INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,

    Defendants.

No. C 15-00815 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court **SETS** a two-hour meet-and-confer in the Court's jury room on **FRIDAY, APRIL 1, 2016, STARTING AT 9:00 A.M. AND CONTINUING TO 11:00 A.M.** At 11:00 a.m., the Court shall hear any outstanding discovery issue(s) in Courtroom 8.

Please note that only those lawyers who personally participated in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: March 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE