IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MOUANG SAECHO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>LANDRYS, INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,<br><br>   Defendants. | No. C 15-00815 WHA<br><br>**ORDER RE DISCOVERY DISPUTE** |

The court reporter's record of the hearing on April 1 shall serve as the Court's order resolving the parties' discovery dispute.

**IT IS SO ORDERED.**

Dated: April 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE