CARI A. COHORN (State Bar No. 249056)
COHORN LAW
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 993-9005
Fax: (415) 365-9650
Email: cohorn@cohornlaw.com

KATHARINE CHAO (State Bar No. 247571)
CHAO LEGAL
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (415) 738-5352
Fax: (415) 233-4859
Email: kathy@chaolegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUANG SAECHAO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANDRY'S, INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP, a Delaware corporation,<br><br>Defendants. | Case No. 3:15-CV-00815-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINITRATIVE RELIEF PURSUANT TO FRCP 60**<br><br>Complaint filed: February 23, 2015<br>Trial date: July 5, 2016 |

[PROPOSED] ORDER
CASE NO. 3:15-CV-00815-WHA

# [PROPOSED] ORDER OF THE DISTRICT COURT

Having considered the papers submitted in support PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 60, filed March 30, 2016 (the "Motion") and any papers submitted in opposition, the Court GRANTS the Motion. Therefore, **IT IS HEREBY ORDERED** that Paragraph 4 on page 23 of the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Class Certification (Dkt. No. 98) shall be amended to read:

> 4. All hourly, non-exempt former employees at Spenger's who resigned or were terminated between February 23, 2012, and February 23, 2015, and who are members of the meal-break, rest-break, and/or split shift classes.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
HON. WILLIAM H. ALSUP