IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOUANG SAECHAO, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

LANDRYS, INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,

    Defendants.

No. C 15-00815 WHA

**NOTICE RE SETTLEMENT**

    The parties have informed the Court that they have reached a class settlement, and that plaintiff expects to file a motion for preliminary approval shortly. The parties ask the court to refrain from ruling on their joint plan for disseminating class notice, since the motion for preliminary approval of the settlement will include revised notice and opt-out forms.

    The Court will reserve ruling on the pending joint plan; however, the parties are reminded that all deadlines, including the April 28 deadline for dispositive motions, remain in place.

Dated:  April 12, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE