IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUANG SAECHAO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LANDRYS, INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,<br><br>    Defendants. | No. C 15-00815 WHA<br><br>**ORDER VACATING DEADLINES AND SCHEDULING HEARINGS** |

The parties have moved for preliminary approval of a class settlement and seek to vacate upcoming deadlines including the deadline to file dispositive motions as well as the trial date. The parties also seek to have the motion for preliminary approval heard on an abbreviated schedule, which is currently scheduled to be heard on June 2. All upcoming deadlines are hereby **VACATED**. A hearing on the motion for preliminary approval of the class settlement is hereby set for **MAY 26 AT 2:00 P.M.** A further case management conference is hereby set for **JUNE 16 AT 11:00 A.M.** to set a new schedule in the event the parties' motion for preliminary approval is denied.

**IT IS SO ORDERED.**

Dated: April 22, 2016.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE