1  CARI A. COHORN (State Bar No. 249056)
   COHORN LAW
2  101 California Street, Suite 2710
   San Francisco, California 94111
3  Telephone:    (415) 993-9005
   Fax:          (415) 365-9650
4  Email:        cohorn@cohornlaw.com

5  KATHARINE CHAO (State Bar No. 247571)
   CHAO LEGAL
6  1300 Clay Street, Suite 600
   Oakland, California 94612
7  Telephone:    (415) 738-5352
   Fax:          (415) 233-4859
8  Email:        kathy@chaolegal.com

9  Attorneys for Plaintiff and the Class

10              IN THE UNITED STATES DISTRICT COURT

11           THE NORTHERN DISTRICT OF CALIFORNIA

12

13  MOUANG SAECHAO, individually and on          Case No.  3:15-CV-00815-WHA
    behalf of all others similarly situated,
14
                                                 **STIPULATED FINAL JUDGMENT AND**
15              Plaintiff,                        **[PROPOSED] ORDER**

16       v.

17  LANDRY'S, INC., a Delaware corporation, and  Complaint filed:  February 23, 2015
    McCORMICK & SCHMICK RESTAURANT
    CORP, a Delaware corporation,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

1    By Order dated August 19, 2016 (Dkt. No. 149), the Court granted final approval of the

2    Parties' class action settlement and settlement under the Labor Code Private Attorneys General

3    Act of 2004, Cal. Labor Code § 2698 *et seq. See* Dkt. No. 141, Ex. A (the "Settlement" or the

4    "Settlement Agreement").  The Parties hereby stipulate that judgment be entered as follows:

5    1.    This Judgment incorporates the terms of the Settlement, as modified by the Court's

6    Order Granting in Part and Denying in Part Plaintiff's Motion for Class Certification (Dkt. Nos. 98

7    and 121) and Order Granting Final Approval (Dkt. No. 149), by reference, and all terms defined in

8    the Settlement shall have the same meaning when used in this Judgment as they do in the

9    Settlement.

10    2.    The Court certified the following classes (*see* Dkt. No. 98, entered 3/15/16, as

11    amended 4/7/15, Dkt. No. 121):

12    •    ***Meal Period Class:***  All hourly, non-exempt employees and former employees at
     Spenger's Fresh Fish Grotto in Berkeley, California, who signed a meal-break
13    waiver, who worked a shift of more than five hours but no more than six hours,
     who were not provided with an off-duty meal break of at least thirty minutes, and
14    who were not paid premium pay for said un-provided meal break in accordance
     with Sections 226.7 and 512 of the California Labor Code and Paragraph 11 of
15    IWC Wage Order No. 5-2001 from February 23, 2011, up to February 23, 2015.

16    •    ***Rest Period Class:***  All hourly, non-exempt employees and former employees at
     Spenger's, who worked a shift of at least three and one half hours in length who
17    were not provided with at least one ten-minute, off-duty rest break for every four
     hours worked or major fraction thereof, and who were not paid premium pay for
18    said un-provided rest break in accordance with Section 226.7 of the California
     Labor Code and Paragraph 12 of IWC Wage Order No. 5-2001 from February 23,
19    2011, up to February 23, 2015.

20    •    ***Split Shift Class:***  All hourly, non-exempt employees and former employees at
     Spenger's who worked multiple shifts in a single day separated by more than sixty
21    minutes but not more than ninety minutes who were not paid premium pay for said
     split shifts in accordance with Paragraph 4(C) of IWC Wage Order No. 5-2001
22    from February 23, 2011, up to February 23, 2015.

23    •    ***Waiting Time Class:***  All hourly, non-exempt former employees at Spenger's who
     resigned or were terminated between February 23, 2012, and February 23, 2015,
24    and who are members of the meal-break, rest-break, and/or split shift classes.

25    •    ***Wage Statement Class:***  All hourly, non-exempt employees and former employees
     at Spenger's who received live checks from Spenger's that did not include the
26    name and address of McCormick & Schmick Restaurant Corporation on a
     detachable form from February 23, 2014, up to February 23, 2015.

27    \\\

28    \\\

3.     Upon the Effective Date of the Settlement, all Settlement Class Members identified in Exhibit A to the Declaration of Jarrod Salinas in Support of Judgment,  filed herewith and attached to this Stipulation as Exhibit 1 (the "Salinas Declaration")(*i.e.*, all individuals encompassed by the above class definitions, except those expressly excluded as stated in paragraphs 4 and 5 below), shall have fully and finally released and discharged all Claims[1] pursuant to Paragraph C.20 of the Settlement Agreement.

4.     As set forth in the Salinas Declaration, the following individuals timely and validly requested to be excluded from the Settlement Class and are therefore not included in or bound by this Judgment:  Stephanie Brown and Kevin Fortenberry.  *See* Exhibit A, Salinas Declaration at ¶2.  These individuals are not entitled to any recovery from the Settlement Fund; nor have they released any claims or potential claims against Defendant in connection with the Settlement.

5.     As set forth in the Salinas Declaration, Class Notice could not be delivered to the following individuals:  Felton Chance, Bounleua Phrasavath, Sherri Rowton, Matthew McGee, and Lonzell Walton. *See* Exhibit A, Salinas Declaration at ¶3.  Accordingly, these individuals are not included in or bound by this Judgment.  They are not entitled to any recovery from the Settlement Fund; nor have they released any claims or potential claims against Defendant in connection with the Settlement.

6.     The Claims are dismissed with prejudice and the Court enters Judgment pursuant to Federal Rule of Civil Procedure 58.

7.     Except as otherwise specifically provided in the Settlement and Final Approval Order, each party shall bear its own fees and costs.

\\\

\\\

\\\

\\\

\\\

---

[1] "Claims" as defined by the Settlement (¶ B.1) means "(a) all claims the Court certified in its March 15, 2016 order, as amended on April 7, 2016, and (b) all claims by Class Members for PAGA penalties arising out of the allegations in the first amended complaint filed March 26, 2015."

STIPULATED FINAL JUDGMENT AND [PROPOSED] ORDER                                    -2-
Case No. 3:15-CV-00815-WHA
DWT 30274567v1 0058864-000022

1        8.      Without affecting the finality of this Judgment, the Parties agree that the Court

2  retains continuing and exclusive jurisdiction over the implementation of the Settlement and

3  distribution of funds to Class Members and over all Parties until all acts required by the Settlement

4  Agreement have been performed.  The Court additionally retains exclusive jurisdiction over the

5  parties to enforce the terms of the Settlement.

6       IT IS SO STIPULATED.

7  Dated:  August 31, 2016                 COHORN LAW

8

9                                     By:_____/s/  Cari A. Cohorn_____

10                                      Cari A. Cohorn
                                      Attorneys for Plaintiff and the Class

11

12

13  Dated:  August 31, 2016                DAVIS WRIGHT TREMAINE LLP

14

15                                     By:_____/s/ Tracy Thompson_____
                                      Tracy Thompson

16                                      Attorneys for Defendant
                                      McCormick & Schmick Restaurant Corp.

17

18

19

20                           [PROPOSED] ORDER

21       Pursuant to Stipulation of the parties, JUDGMENT IS HEREBY ENTERED ON THE

22  TERMS SET FORTH ABOVE.

23       IT IS SO ORDERED.

24

25  Dated:  _____September 7, 2016._____                                _____

26                         The Honorable William Alsup
                         United States District Court Judge

27

28

# EXHIBIT 1

CARI A. COHORN (STATE BAR NO. 249056)
COHORN LAW
101 California Street, Suite 2710
San Francisco, California  94111
Telephone:      (415) 993-9005
Facsimile:      (415) 365-9650
Email:          cohorn@COHORNLAW.COM

KATHARINE CHAO (STATE BAR NO. 247571)
CHAO LEGAL
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:      (415) 738-5352
Facsimile:      (415) 233-4859
Email:          kathy@chaolegal.com

Attorneys For Plaintiff
MOUANG SAECHAO

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUANG SAECHAO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>LANDRY'S, INC., a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP,<br><br>        Defendants. | Case No. 3:15-cv-00815-WHA<br>[Assigned to the Honorable William H. Alsup]<br><br>**DECLARATION OF JARROD SALINAS IN SUPPORT OF JUDGMENT** |

I, Jarrod Salinas, declare as follows:

1.     I am a Case Manager with Simpluris, Inc.  In that capacity, I was responsible for all matters pertaining to the administration of the class action settlement of this case, including the mailing of the Class Notice and the receipt of opt-outs.  The following facts are within my personal knowledge and, if called as a witness, I could testify competently with respect thereto.

2.     The following persons are the only Class Members who timely and validly opted out of the Settlement:  Stephanie Brown and Kevin Fortenberry.

3.     Simpluris was not able to deliver the Class Notice to the following Class Members: Felton Chance, Bounleua Phrasavath, Sherri Rowton, Matthew McGee, and Lonzell Walton.

4.     Attached hereto as Exhibit A is a true, complete and correct list of all Class Members to whom Class Notices were delivered and who did not timely and validly opt out of the Settlement.

I declare under penalty of perjury under the laws of the State of California and the United States; executed this 31st day of August 2016, at Costa Mesa, California.


Jarrod Salinas

# EXHIBIT A

Class Members bound by Judgment

| LastName | FirstName |
|---|---|
| Abughosh | Carmen |
| Alesna | Jacob |
| Alston | Jazmin |
| Alvarez Olivera | Silvia |
| Amaro | Viridiana |
| Arayaselessie | Selome |
| Atsaphanthong | Ponochanh B |
| Aubrey | Luquan |
| Augustus | Sean |
| Bailey | Ralph |
| Barragan | Andres |
| Basnet | Suraksha |
| Bejarano | Octavio |
| Blair | Donita |
| Blanchard | Dayana |
| Bolibol | Ferdinand |
| Bonilla | Yimi |
| Boutte | Frederick |
| Briggs | Tinia |
| Brooks Kakos | Aquanetta |
| Carlson | Michelle |
| Casimiro | Rodulfo |
| Castillo | Edward |
| Cezario | Christie |
| Chrisman | Christina |
| Cisneros Garcia | Apolinar |
| Clark | Emily |
| Connor | Ryan |
| Coogan | Chris |
| Cortez | Amanda C |
| Crowder | Timothy |
| Curie | Donovan |
| Cush | Zachary |
| Damo | Garen |
| Dangelo | Lorraine |
| De Palma | Brian |
| Del Cid | Janell |
| Delcid | Carlos |

| Dennis | Aaron |
|---|---|
| Dicker | Saskia |
| Diestra | Ruben |
| Douglas | Phil |
| Dowell | Donnell |
| Dowling | Patrick |
| Dunbar | Ashley |
| Dunbar | Courtney |
| Duran | Carlos |
| Ellison | Gino |
| Escalera Pasillas | Cesar |
| Estrada | Fernando |
| Ferguson Mealley | Jonathan |
| Filoteo | Leopoldo |
| Finnegan | Hannah |
| Fitzsimons | Christopher |
| Flores | Carlos |
| Foote | Sandra |
| Fox Calderon | Pilar |
| Fraas | Karin |
| Gancheff | Jennifer |
| Garavito | Alma |
| Garbarino | Ashley |
| Garcia | Gilberto |
| Garcia | Hector I |
| Garcia | Rafael |
| Gately | Barbara |
| Getty | Andrea |
| Getty | Linda |
| Goldstein | Hana |
| Gomes | Elizabeth Fosty |
| Gomez Cardona | Melquis and Mauricio |
| Haack | Phillip |
| Hassan | Hanier |
| Hayes | Neil |
| Henriquez | Gonzalo |
| Henriquez | Yoni |
| Hildreth | Jeff H |
| Holmes | Theodore J |
| Hopkins | John |
| Horton | Brianna |

| | |
|---|---|
| Howard | Amanda |
| Huynh | Jimmy |
| Jamison | Margaret |
| Jimenez | Arnulfo |
| Jimenez | Catalina |
| Johnson | Adam |
| Johnson | Christine |
| Jones | Dreamius |
| Jurachich | Jessica Tess |
| Kairn | Carey |
| Kangas | Koni |
| Ke | Lorraine |
| Kessler | Laura |
| Keys | Breanna |
| Kilcrease | Kayla |
| Kirk | Allison |
| Labe | James |
| Land | Stevey |
| Lara | Daniel |
| Laugel | Geoffrey |
| Lehman | Joni |
| Lehr | Christopher |
| Leonard | Clayton |
| Limary | Leilani |
| Lindstrom | Aaron |
| Lipski | Jonathon |
| Luangrath | Eric |
| Macaraeg | Rogelio |
| Mackey | Daniel |
| Manandhar | Yudheer |
| Manfre | Stephanie |
| Manouphath | Anne |
| Marshall | Diana |
| Martin | Skye |
| Mateos | George |
| Maxim | M Lisa |
| Mcburnie | Shannon |
| Mccabe | John |
| Mcclendon | Leandrius |
| Mcdowell | Keith |
| Mcintyre | Joseph |

| | |
|---|---|
| Mendoza | Roger |
| Meza | Alonso |
| Meza | Daniel |
| Miller | Maxfield |
| Miller | Wendy |
| Mitchell | Maudelle |
| Mitchell | Tashell |
| Mobley | Ronald |
| Montano | Damian |
| Montano | Trinidad |
| Montgomery | Louis |
| Motter | Katie |
| Muzaffar | Rumeena |
| Mymala | Khamseng |
| Orejudos | Donald |
| Ortega | Vanessa |
| Osorio | Leonell |
| Pamute | Allan |
| Pappa | Katherine |
| Pare Jr | Modesto |
| Parham | Levon |
| Parker | Joel |
| Pasillas | Daniel |
| Pellow | Stacy |
| Perez Bibiano | Tomas |
| Persons Jr | Rickey |
| Peterson | Mitchell |
| Phaphonxay | Lily |
| Phat | Chansamone |
| Phrasavath | Kevin |
| Pineda | Manuel |
| Prososki | Ashley |
| Rader | Trevor |
| Ray | James |
| Recinos | Rigoberto |
| Rhys | Derek |
| Richards | Gable |
| Rivera | Nicolas |
| Robinson | Arestes |
| Rockett | Danielle |
| Rodriguez | Juan |

| | |
|---|---|
| Rodriguez Lopez | Alfonso |
| Roeder | Steve |
| Rosas | Arturo |
| Ruma | Dominic |
| Sabino Trifito | Bardales |
| Saechao | David |
| Saechao | Mouang |
| Salazar | Fernando |
| Salazar | Ruben |
| Salinas | Norma |
| Sanchez | Nixon |
| Scavo | Veronica |
| Shapiro | Braxton |
| Shearer | Lucas |
| Sibrian | Henry |
| Simms | Phillip |
| Singh | Ranjeeta |
| Soto | Eddy |
| Spoden | Sarah |
| Srisayat | Lisa |
| Stahl | Jeffrey |
| Standley | Cadence |
| Stenquist | Emily |
| Stetco | Anamaria |
| Talavera | Mario |
| Tocol | Ruel |
| Toettcher | Alex |
| Tramble | Wesley |
| Upshur | Keyanna |
| Valdez | Angel |
| Valencia | Patricia |
| Valenzuela | Carolina |
| Van Hook | Marcus |
| Vergara | Nayeri |
| Washington | Larry |
| Watson | Sean |
| Webster | Jason |
| Wells | Ericka |
| Williams | Monique |
| Williams | Sombryn |
| Wilson | Bianca |

| | |
|---|---|
| Wise | Paul |
| Woods | Kendra |
| Worley | Mary |
| Ybanez | Ricardo |
| Young | Clemon |
| Zarate Serrano | German |
| Zdybel | Brad |