IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUANG SAECHO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LANDRY'S INC, a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,<br><br>    Defendants.<br>_____/ | No. C 15-00815 WHA<br><br>**ORDER CONTINUING HEARING ON LIENHOLDER'S MOTION** |

    In light of the scheduled settlement conference between plaintiff's current counsel and her former counsel, the hearing on the pending motion concerning whether the award of fees and costs should be paid into escrow is hereby **CONTINUED** to **NOVEMBER 3, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: September 22, 2016.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE