IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUANG SAECHO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LANDRY'S INC, a Delaware corporation, and McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,<br><br>    Defendants.<br>                                            / | No. C 15-00815 WHA<br><br>**REQUEST FOR RESPONSE RE LIENHOLDER'S MOTION** |

The parties informed Judge Ryu that they have resolved their fee dispute and continued their settlement conference accordingly. By **NOON ON NOVEMBER 1**, they shall please state whether the motion to have the fees deposited into a trust should be denied as moot or if the hearing on that motion should be continued.

**IT IS SO ORDERED.**

Dated: October 31, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE